UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UY TRAN, | ) | No. LA CV 15-05198 VBF (FFM) |
| Petitioner, | ) ) ) | ORDER |
| v. | ) ) | Adopting the Magistrate Judge's Report and Recommendation and |
| TROY LUND et al., | ) ) | Directing the Entry of Separate Judgment |
| Respondents. | ) ) | Dismissing the Action without Prejudice as Moot |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, all the records and files herein, and the well-reasoned Report and Recommendation ("R&R") of the United States Magistrate Judge. The time for petitioner to file written objections to the R&R has long passed, and petitioner has neither filed objections nor sought an extension of time in which to do so.

The Report and Recommendation is **ADOPTED**.

Separate judgment shall be entered dismissing this action without prejudice as moot.

DATED: October 26, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge