UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UY TRAN, | No. LA CV 15-05198 VBF (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| TROY LUND et al., | |
| Respondents. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  October 26, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge